UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Case No. 13-8065-JMH

B-12-932

| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| GUSTAVO CASTILLO | § | |

SEALED
**I N D I C T M E N T**



FILED by _____ D.C.

FEB - 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

THE GRAND JURY CHARGES:

### COUNT ONE

From in or about September 2011 through the date of indictment, in the Southern District of Texas, the Defendant,

**GUSTAVO CASTILLO,**

did knowingly and willfully conspire with persons known and unknown to the Grand Jurors to export, furnish, and cause to be exported from the United States to Mexico defense articles designated on the United States Munitions List without having first obtained from the Department of State a license or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b) (2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 127.1(a)(4), and 127.3.

### COUNT TWO

On or about September 1, 2011, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GUSTAVO CASTILLO,**

having been convicted on August 16, 2007, in the 221st Judicial District Court of

Montgomery County, Texas, in Cause number 07-04-03531-CR, of the felony offense

of Possession of Controlled Substance, and having been convicted on February 19,

1999, in the Circuit Court of Collier County, Florida, in Case number 98-1817-CFA, of

the felony offenses of Sale of Controlled Substance and Possess with Intent to Sell or

Deliver Controlled Substance, crimes punishable by imprisonment for a term exceeding

one year, and did knowingly possess in and affecting commerce a firearm, to wit: a

DPMS Panther .223 caliber rifle, serial number N0006028.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).


**COUNT THREE**

On or about November 25, 2011, in the Southern District of Texas and within the

jurisdiction of the Court, Defendant,

**GUSTAVO CASTILLO,**

having been convicted on August 16, 2007, in the 221st Judicial District Court of

Montgomery County, Texas, in Cause number 07-04-03531-CR, of the felony offense

of Possession of Controlled Substance, and having been convicted on February 19,

1999, in the Circuit Court of Collier County, Florida, in Case number 98-1817-CFA, of

the felony offenses of Sale of Controlled Substance and Possess with Intent to Sell or

Deliver Controlled Substance, crimes punishable by imprisonment for a term exceeding

one year, and did knowingly possess in and affecting commerce a firearm, to wit: a

DPMS Arms A-15 .223 caliber rifle, serial number F166814.

2

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____

JOSEPH T. LEONARD
Assistant United States Attorney

3

United States District Court
Southern District of Texas
**FILED**

OCT 2 3 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA          §          B-12-932

VS                                §          GRAND JURY  3

                                  §

**GUSTAVO CASTILLO**

## ORDER

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to seal the indictment, motion to seal and order.  It appearing to the Court that the motion is well taken and should be granted,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal, and Order in this cause be sealed, except as otherwise provided below;

**IT IS FURTHER ORDERED** that a copy of the order, indictment and docket sheet as returned by the grand jury be delivered to the United States Attorney's Office as soon as practicable after the date of this order,

**IT IS FURTHER ORDERED** that all of the documents referred to above may be unsealed at such time as the defendant(s) charged in this cause has (have) been arrested without further order from this Court.

DONE at Brownsville, Texas, this the __23d__ day of OCTOBER, 2012.

UNITED STATES MAGISTRATE JUDGE



vr
9-07-11

**BROWNSVILLE DIVISION**
FILE: 2012R02368
B-12-548-MJ

**SEALED**
**CRIMINAL DOCKET**

B-12-932
NO.

ASH

**INDICTMENT**
COUNTY: CAMERON

Filed: OCTOBER 23, 2012

Judge: _____

**ATTORNEYS:**

**UNITED STATES OF AMERICA**

KENNETH MAGIDSON, USA

**VS.**

JOSEPH T. LEONARD, AUSA

GUSTAVO CASTILLO  (YOB: 1960)    Mexico    **WARRANT**

**CHARGE:**  Ct. 1: Conspiracy to Export Defense Articles
Total         22 U.S.C. 2778(b)(2) and (c); 22 C.F.R. 121.1, 127.1(a)(4), and 127.3
Counts      Cts. 2-3: Possession of a Firearm by a Felon
( 3 )            18 U.S.C. 922 (g)(1) and 924 (a)(2)

**PENALTY:**  **Ct 1:     20 years and/or $1,000,000 plus 3 year supervised release term**
**Cts. 2-3:10 years and/or $250,000 plus3 year supervised release term**

In Jail:
On Bond:
No Arrest: X
HSI: Michael Clark

**P R O C E E D I N G S:**