# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge JAMES M. HOPKINS

Courtroom Number # 2, 4TH FLOOR  Date: 2/7/13   Time: 10:00 A.M.

Defendant: GUSTAVO CASTILLO (J)   J#: _____   Case #: 13-8065-JMH
AUSA: EMALYN WEBBER ✓   Attorney: Robert Adler (FPD) ✓
Violation: Removal S/D of Texas (Brownsville)   Agent: ICE
Proceeding: Initial Hearing on Removal ✓   CJA Appt: _____
Bond/PTD Held: ○ Yes   ○ No   Recommended Bond: PTD (REQUESTED BY GOVT)
Bond Set at: _____   Co-signed by: _____

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ p.m. to ____ a.m., paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: ENGLISH

Disposition:
DEFENDANT PRESENT/SWORN
DEFENDANT ADVISED OF CHARGES AND RIGHTS
DEFENDANT QUESTIONED REGARDING APPOINTMENT OF COUNSEL AND FOUND TO BE INDIGENT
FPD APPOINTED

FILED by ___ D.C.
FEB - 7 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/~~Bond~~ Hearing: 2/14/13   10AM   DUTY   WPB
~~Prelim/Arraign or~~ Removal: 2/14/13   10AM   DUTY   WPB
Status Conference RE: _____
D.A.R. 10:06:41                     Time in Court: 6 MINS

Courtroom Deputy: Tanya McClendon